**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-01309-LTB-KMT

BRANDON SMITH,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

       Defendants.
_____

**ORDER**
_____

      THE COURT, having reviewed Plaintiff's Noncontested Motion to Dismiss With Prejudiced (Doc 36), and being otherwise fully advised in the premises,

      ORDERS that the within matter be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   April 20, 2016